# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN G. FINLEY, | Case No. 2:18-cv-00174-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 4) |
| ABC FINANCIAL SERVICES, INC., | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 4. The Court **ORDERS** the parties to file a stipulation of dismissal no later than June 19, 2018.

IT IS SO ORDERED.

DATED: April 23, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge